JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>JOSEPH SEIFERT,<br><br>   Defendant. | NO.  CR08-5171BHS<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |

Upon motion of the defendant to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to April 21, 2008.

DONE this 8th day of April, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Colin A. Fieman                        /s/ Ronald Friedman
Colin A. Fieman                              Ronald Friedman
Attorney for Defendant                 Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE        1